IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00350-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CESAR GERARDO FLORES-ROBLES,

        Defendant.

_____

### ORDER REASSIGNING CASE
_____

THIS MATTER comes before the Court on the Motion to Reassign Case (Motion) **(#7)** filed by Assistant United States Attorney Kasandra Carleton.  Having reviewed the Motion, the Court FINDS that the Defendant in this matter is the same as that in Case No. 02-cr-00592-REB, and subject to reassignment pursuant to D.C.COLO.LCivR 40.1.A.  With the approval of Chief Judge Wiley Y. Daniel,

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and this case is hereby transferred to the Honorable Robert E. Blackburn.  The Clerk shall effect such transfer.

DATED this 21st day of August, 2009.

                                              **BY THE COURT:**

                                              */s/ Marcia S. Krieger*
                                              _____

                                              Marcia S. Krieger
                                              United States District Judge