**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09–cr–00350–REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CESAR GERARDO FLORES-ROBLES,

      Defendant.

---

**MINUTE ORDER**[1]

---

      At the oral request of defense counsel and with the consent of the government, the sentencing hearing previously set for October 22, 2010, is **VACATED** and is **RESET** to **July 22, 2010**, at 1:30 p.m. That, to the extent necessary, the United States Marshal for the District of Colorado **SHALL** assist in securing the appearance and attendance of the defendant for this hearing.

      Dated: June 28, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.